IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAIRY FARMERS OF AMERICA, INC.**                                **PLAINTIFF**

v.                            No. 4:22-cv-501-JM

**WES WARD, in his official capacity as**
**Secretary of the Department of Agriculture,**
**and FREDERIC SIMON, in his official**
**capacity as Chairman of the Arkansas**
**Milk Stabilization Board**[1]                                    **DEFENDANTS**

## JUDGMENT

For the reasons stated in the order entered this day, judgment is entered in favor of Plaintiff on its claim that Arkansas Act 521 of 2021 violates the Contract Clause, and judgment is entered in favor of the State on Plaintiff's claims that the Act violates the Supremacy Clause and the dormant Commerce Clause.

IT IS SO ORDERED this 30th day of October, 2024.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The Arkansas Milk Stabilization Board was abolished, and its authority was transferred to the Arkansas Livestock and Poultry Commission effective July 1, 2023. AR LEGIS 691 (2023), 2023 Arkansas Laws Act 691 (S.B. 403).